UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

Bankruptcy No. 09-26269-HRT
Chapter 13

EDWIN RANDOLPH BOWEN, XXX-XX-1890
LEANNE BETH BOWEN, XXX-XX-1776
Debtors,

U.S. BANK, N.A., SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.,
Movant,

EDWIN RANDOLPH BOWEN, XXX-XX-1890
LEANNE BETH BOWEN, XXX-XX-1776, and
Sally J. Zeman,
The Chapter 13 Trustee,
Respondents,

## ORDER APPROVING STIPULATION FOR RESOLUTION OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND GRANTING MOTION FOR ACCEPTANCE OF STIPULATED TERMS

THE COURT having reviewed U.S. BANK, N.A., SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.'s Stipulation for Resolution of Motion for Relief from Automatic Stay and Motion for Acceptance of Stipulated Terms submitted by the parties and being advised in the premises,

LOT 8, BLOCK 3, CENTENNIAL ESTATES

Also known and numbered as: 3761 W Saratoga Ave, Denver, CO 80123

HEREBY ORDERS that the Stipulation for Resolution of Motion for Relief from Automatic Stay and Motion for Acceptance of Stipulated Terms is hereby approved and made an order of this Court.

Dated   February 14, 2011

BY THE COURT:

Howard Tallman
United States Bankruptcy Judge

File No. 09-23826